**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| DAME FAME,<br>Petitioner,<br>v.<br>CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations,<br>Respondent. | No. 2:26-cv-03032-SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Dame Fame's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (ECF No. 2), filed August 10, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition, (ECF No. 10), entered October 6, 2026, Petitioner's requested habeas relief is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 9, 2026
Date